UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of:

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410-4243

Case No. _____

    Plaintiff,

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601,

    Defendants.
_____/

## LCvR 7.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for The Wackenhut Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Wackenhut Corporation which have any outstanding securities in the hands of the public.

  The Wackenhut Corporation is a directly wholly owned subsidiary of Milestone Holding One, Inc (**MHO**), a Delaware Corporation;

  MHO is a wholly owned subsidiary of Group 4 Falk International A/S (**G4FI**), a Danish company.

  G4FI is a wholly owned subsidiary of Group 4 Holdings Ltd (**G4H**), a Danish company.

  G4H is a wholly owned subsidiary of Group 4 Securicor Holdings Limited, (**G4SH**), a British company.

  G4SH is 57.5% owned by Group 4 A/S (**G4**), a Danish company and 42.5% owned by Manroyal Investments Limited (MIL), a British company.

G4 and MIL are wholly owned subsidiaries of Group 4 Securicor, Plc, a British company publicly traded in the London Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

                              STROBL & SHARP, P.C.

                              By: _____
                                   Dennis M. Devaney, Bar No. 237420
                                   300 E. Long Lake Road, Suite 200
                                   Bloomfield Hills, Michigan 48304
                                   (248) 540-2300
                                   Fax: (248) 645-2690
                                   Email: ddevaney@stroblpc.com
                                   Attorneys for Plaintiff:
                                      The Wackenhut Corporation

Dated: March 2, 2007
J:\DOCS\77010\019\pldg\SB196397.DOC