AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3-19-07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Aaron Willoughby | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Rosy Villa Authorize To Accept Service for SEIU Local 111 E Wacker Dr Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-19-07          *[signature]* Aaron Willoughby
              Date              Signature of Server

29 South LaSalle St
Chicago IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE WACKENHUT CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

SEIU LOCAL 1

CASE NUMBER: 1:07CV00436

JUDGE: Richard J. Leon

DECK TYPE: Labor/ERISA (non-employment

DATE STAMP: 03/05/2007

JURY ACTION

TO: (Name and address of Defendant)

SEIU LOCAL 1
111 E. Wacker Drive, Suite 2500
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DENNIS M. DEVANEY
Strobl & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAR 06 2007

DATE