UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Wackenhut Corporation,            )<br>                                                        )<br>                    Plaintiff,         )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>SEIU Local 1,                                 )<br>                    Defendant.     )<br>_____) | Case No. 1:07cv436<br>Judge Richard J. Leon |

## SEIU LOCAL 1'S CERTIFICATE OF DISCLOSURE
## UNDER LcvR 7.1

The undersigned, as counsel of record for the Defendant SEIU Local 1 ("Local 1"), hereby certifies that Local 1 is an unincorporated association and labor organization, and that Local 1 has no parent companies, affiliates or subsidiaries that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

_____        _____
Kathy L. Krieger, DC Bar No. 385877          Alexia M. Kulwiec, Esq.
James & Hoffman, P.C.                              111 E. Wacker Dr., Suite 2500
1101 17th Street, NW Suite 510                Chicago, IL 60601
Washington, DC 20036                              (312) 240-1600
(202) 496-0500 Tel
(202) 496-0555 Fax
Email: klkrieger@jamhoff.com

                         Counsel for Defendant SEIU Local 1

Dated: April 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2007, I caused a copy of the foregoing Motion of Defendant SEIU Local 1 to Quash Summons and Dismiss Complaint, accompanied by the Defendant's Memorandum of Points and Authorities, Declaration, Proposed Order and LCvR 7.1 Certificate of Disclosure, to be served by electronic filing, by e-mail, and by first class mail, postage prepaid, upon Plaintiff's counsel of record at the addresses shown below:

Dennis M. Devaney
Strobl, Cunningham & Sharp
300 East Long Lake Rd., Suite 200
Bloomfield Hills, MI 48304-2376

Email: ddevaney@stroblpc.com

_____
Kathy L. Krieger