IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410-4243

        Plaintiff

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601

        Defendant
_____/

Case No. 07cv436 (RJL)

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S FILING OF ITS POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH SUMMONS AND DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 7 and LCvR 7, Plaintiff, The Wackenhut Corporation ("Wackenhut") respectfully requests that the Court extend the deadline for filing its Opposition to the Motion filed by Defendant to Quash Summons and Dismiss Complaint. The parties have discussed a number of issues raised by Defendant's Motion to Quash Summons and Dismiss Complaint, including the potential for Wackenhut to take limited jurisdictional discovery with respect to the question of personal jurisdiction. As a result, Wackenhut requests, and Defendant does not oppose, the granting of an extension to Wackenhut to file its Opposition to Defendant's Motion for an additional eleven (11) days from the date the Court rules on this Motion.

Wackenhut respectfully requests that its Motion be granted and that the Court extend the time for filing of Wackenhut's response until eleven (11) days following the Court's ruling on this Motion.

Respectfully submitted,

**STROBL & SHARP, P.C.**

*[signature]*

DENNIS M. DEVANEY (DC BAR NO. 237420)
Attorneys for Wackenhut Corporation
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304
(248) 540-2300
ddevaney@stroblpc.com

Dated April 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410-4243

           Plaintiff          Case No. 07cv436 (RJL)

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601

           Defendant
_____/

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION

### Argument

I.   Plaintiff has had preliminary discussions with counsel for Defendant with respect to a proposal to permit limited jurisdictional discovery in response to Defendant's Motion to Quash Summons and Dismiss Complaint. Counsel for Defendant indicated that they would not oppose an extension of time for Plaintiff to file its Opposition, but reserved its position with respect to jurisdictional discovery until after it has an opportunity to review Plaintiff's Opposition to Defendant's Motion to Quash Summons and Dismiss Complaint.

II.   Trial Courts generally permit jurisdictional discovery prior to considering motions to dismiss on personal jurisdiction grounds. Jurisdictional discovery exists so that courts and plaintiffs do not have to take defendant's word that it lacks contact with a forum. *El-Fadl v. Central Bank of Jordan*, 75 F.3d 668, 676 (D.C.Cir 1996). See also

*Edmond v. United States Postal Service*, 949 F.2d 415, 425 (D.C. Cir. 1991) (reversing trial court's dismissal and holding plaintiffs were entitled to jurisdictional discovery); *also GTE New Media Services, Inc. v. Bell South Corporation*, 199 F.3d 1343, 1351 (D.C.Cir. 2000); *Diamond Chemical Company, Inc. v. Atofina Chemicals, Inc.*, 268 F. Supp. 2d 1, 15 (D.D.C. 2003) (plaintiffs entitled to jurisdictional discovery because, after *GTE*, it is "hard to imagine a situation where a plaintiff could not demonstrate that it can supplement its jurisdictional allegations through discovery").

>                              Respectfully submitted,
>
>                              **STROBL & SHARP, P.C.**
>
>                              _____
>                              DENNIS M. DEVANEY (DC BAR NO. 237420)
>                              Attorneys for Wackenhut Corporation
>                              300 East Long Lake Road, Suite 200
>                              Bloomfield Hills, MI 48304
>                              (248) 540-2300
>                              *ddevaney@stroblpc.com*

Dated April 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2007, I served a copy of Plaintiff's Unopposed Motion To Extend Deadline For Plaintiff's Filing Of Its Points And Authorities In Opposition To Defendant's Motion To Quash Summons And Dismiss Complaint, Proposed Order, and this Certificate of Service upon Defendant's counsel by filing it electronically in accordance with the Court's CM/ECF guidelines. Courtesy copies were served by electronic mail and first class mail upon:

Kathy L. Krieger, Esq.
James & Hoffman, P.C.
1101 17th Street, NW Suite 510
Washington, DC 20036
Email: klkrieger@jamhoff.com

Alexia M. Kulwiec, Esq.
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601
kulwieca@seiu1.org

_____
Judy L. Holland
Legal Assistant to Dennis M. Devaney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410-4243

        Plaintiff                      Case No. 07cv436 (RJL)

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601

        Defendant
_____/

### ORDER

Upon consideration of the Plaintiff's Unopposed Motion To Extend Deadline For Plaintiff's Filing Of Its Points And Authorities In Opposition To Defendant's Motion To Quash Summons And Dismiss Complaint, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED this ____ day of _____, 2007.

                                            Honorable Richard J. Leon
                                            United States District Court Judge
                                            For the District of Columbia