IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410-4243

        Plaintiff

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601

        Defendant

Case No. 07cv436 (RJL)

The Honorable Richard J. Leon
U.S. District Court Judge

**MOTION TO HOLD JOINT MEET AND CONFER STATEMENT AND PROPOSED SCHEDULING ORDER IN ABEYANCE UNTIL THE COURT'S DECISION WITH RESPECT TO DEFENDANT'S PENDING 12(b) MOTIONS, PLAINTIFF'S OPPOSITION (ORAL ARGUMENT REQUESTED), AND DEFENDANT'S REPLY**

In accordance with FRCP 26(f) and LCvR 16.3, counsel for Plaintiff and Defendant have conferred today by telephone and jointly request that the Court hold in abeyance until fourteen (14) days after the Court's determination with respect to Defendant's pending 12(b) Motions, Plaintiff's Opposition (Oral Argument Requested), and Defendant's Reply, (1) the requirement to submit a Joint Meet and Confer Statement, pursuant to LCvR 16.3(c) and, (2) a proposed Scheduling Order, pursuant to LCvR 16.3(d).

Counsel for Plaintiff and Defendant discussed this Motion and jointly request that the Court defer application of the Case Management Order paragraphs dealing with FRCP 26(f) and the meet and confer and proposed scheduling order provisions pursuant to LCvR 16.3 until fourteen (14) days after any meet and confer takes place as

a result of the Court's determination with respect to Defendant's 12(b) Motions, Plaintiff's Opposition (Oral Argument Requested), and Defendant's Reply.

Respectfully submitted,

**STROBL & SHARP, P.C.**

_____
DENNIS M. DEVANEY (DC BAR NO. 237420)
Attorneys for Wackenhut Corporation
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
(248) 540-2300
ddevaney@stroblpc.com

Respectfully submitted,

**JAMES & HOFFMAN, P.C.**

_____ (by telephone)
Kathy L. Krieger, DC Bar No. 385877
James & Hoffman, P.C.
1101 17th Street, NW Suite 510
Washington, DC 20036
(202) 496-0500 Tel
(202) 496-0555 Fax
Email: klkrieger@jamhoff.com
Counsel for Def. SEIU Local 1

Dated May 7, 2007
J:\DOCS\77010\019\pldg\SB202180.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, I served a copy of

1. Motion To Hold Joint Meet And Confer Statement And Proposed Scheduling Order In Abeyance Until The Court's Decision With Respect To Defendant's Pending 12(B) Motions, Plaintiff's Opposition (Oral Argument Requested), And Defendant's Reply;

2. Proposed Order, and

3. this Certificate of Service

upon Defendant's counsel by filing it electronically in accordance with the Court's CM/ECF guidelines. Courtesy copies were served by electronic mail and first class mail upon:

Kathy L. Krieger, Esq.
James & Hoffman, P.C.
1101 17th Street, NW Suite 510
Washington, DC  20036
Email:  klkrieger@jamhoff.com

Alexia M. Kulwiec, Esq.
111 E. Wacker Drive, Suite 2500
Chicago, IL  60601
kulwieca@seiu1.org

                                               _____
                                               Judy L. Holland
                                               Legal Assistant to Dennis M. Devaney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410-4243

           Plaintiff

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL 60601

           Defendant
_____/

Case No. 07cv436 (RJL)

The Honorable Richard J. Leon
U.S. District Court Judge

### ORDER

In consideration of Plaintiff and Defendant's Joint Motion requesting that the Court defer application of the Case Management Order paragraphs dealing with FRCP 26(f) and the meet and confer and proposed scheduling order pursuant to LCvR 16.3, the Court hereby directs that the requirements of the Case Management Order with respect to FRCP 26(f) and LCvR 16.3 are stayed until fourteen (14) days after any meet and confer takes place as a result of the Court's determination with respect to Defendant's 12(b) Motions, Plaintiff's Opposition (Oral Argument Requested), and Defendant's Reply.

    IT IS SO ORDERED.

Dated: _____     _____
                                                         The Honorable Richard J. Leon
                                                         U.S. District Court