UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WACKENHUT CORP.,**    )
                        )
    **Plaintiff,**   )
                        )
v.                      )
                        )   **Civ. Action No. 07cv436 (RJL)**
                        )
**SEIU LOCAL 1.**       )
                        )
    **Defendant.**   )
                        )

**SCHEDULING ORDER**

Upon the Court's motion, it is, this **2nd** day of July, 2007, hereby

**ORDERED** that:

1. The parties will move for joinder of parties and amendment of the pleadings within thirty (30) days of the date of this order;

2. Plaintiff will submit all Rule 26(a)(2) disclosures within sixty (60) days of the date of this order;

3. Defendant will submit all Rule 26(a)(2) disclosures within ninety (90) days of the date of this order;

4. Plaintiff will submit all rebuttal Rule 26(a)(2) disclosures within one hundred (100) days of the date of this order.

5. Discovery will close, a joint status report will be due, and a status conference will be held within one-hundred-eighty (180) days of the date of this order.

7. All dispositive motions are due within two hundred ten (210) days of the date of this order; and it is further

**ORDERED** that this schedule will not be changed except for good cause shown.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge