UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD DOMINGUEZ, )
)
Plaintiff, )
)
v. )
) Civ. Action No. 07cv436 (RJL)
UAL CORP., *et al.* )
)
Defendant. )
)

## SCHEDULING ORDER

Upon the Court's motion, it is, this __19th__ day of July, 2007, hereby

**ORDERED** that:

1. The parties will move for joinder of parties and amendment of the pleadings within thirty (30) days of the date of this order;

2. Plaintiff will submit all Rule 26(a) disclosures within sixty (60) days of the date of this order;

3. Defendant will submit all Rule 26(a) disclosures within ninety (90) days of the date of this order;

4. Plaintiff will submit all rebuttal Rule 26(a) disclosures within one hundred (100) days of the date of this order.

5. Discovery will close, a joint status report will be due, and a status conference will be held within one-hundred-eighty (180) days of the date of this order.

7. All dispositive motions are due within two hundred ten (210) days of the date of this order; and it is further

**ORDERED** that this schedule will not be changed except for good cause shown.

**SO ORDERED.**

                                                           */s/ Richard J. Leon*
                                                         RICHARD J. LEON
                                                         United States District Judge