## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL  33410-4243

                 Plaintiff

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL  60601

                 Defendant

Case No. 07cv436 (RJL)

Hon. Richard J. Leon
U.S. District Court Judge

/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

TO: SEIU LOCAL 1 AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that plaintiff voluntarily dismisses the above-captioned action against defendant Service Employees International Union Local 1 without prejudice.

Respectfully submitted,

**STROBL & SHARP, P.C.**

**DENNIS M. DEVANEY (DC BAR NO. 237420)**
Attorney for The Wackenhut Corporation
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304
(248) 540-2300 / Fax:  (248) 645-2690
*ddevaney@stroblpc.com*

Dated: September 11, 2007
J:\DOCS\77010\019\pldg\SB212891.DOC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE WACKENHUT CORPORATION,
4200 Wackenhut Drive
Palm Beach Gardens, FL  33410-4243

     Plaintiff

v.

SEIU LOCAL 1,
111 E. Wacker Drive, Suite 2500
Chicago, IL  60601

     Defendant

_____/

Case No. 07cv436 (RJL)

Hon. Richard J. Leon
U.S. District Court Judge

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of September, 2007, I served a copy of

1.   Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure (FRCP) 41(a)(1) and

2.   this Certificate of Service.

upon Defendant's counsel by filing it electronically in accordance with the Court's CM/ECF guidelines. Courtesy copies were served by electronic mail and first class mail upon:

Kathy L. Krieger, Esq.
James & Hoffman, P.C.
1101 17th Street, NW Suite 510
Washington, DC  20036
Email:  klkrieger@jamhoff.com

Alexia M. Kulwiec, Esq.
111 E. Wacker Drive, Suite 2500
Chicago, IL  60601
kulwieca@seiu1.org

Judy L. Holland
Legal Assistant to Dennis M. Devaney